# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW PATTON, | ) | No. CV 13-3241-SJO(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CONRAD GRABER (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 10, 2014

*S. James Otero*

S. JAMES OTERO
United States District Judge